IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL R. VEST,

    Plaintiff,                                JUDGMENT IN A CIVIL CASE

  v.                                              Case No. 15-cv-600-wmc

THE GAVILON GROUP, LLC,

    Defendant.

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant The Gavilon Group, LLC against plaintiff Michael R. Vest granting defendant's motion to dismiss for lack of prosecution and dismissing this case with prejudice.

| s/ K. Frederickson, Deputy Clerk | May 6, 2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |